UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  21-CV-61201-WPD

AARON THORNE,

    Plaintiff,

vs.

C&I STUDIOS, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Motion to Recover Taxable Costs [DE 67], and the Report and Recommendation of United States Magistrate Judge Patrick Hunt [DE 71]. The Court notes that no objections to the Report [DE 71] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 71] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 71] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 71] is hereby **ADOPTED** and **APPROVED**;
2.     Defendant's Motion to Recover Taxable Costs [DE 67] is **GRANTED;**
3.     Plaintiff is hereby ordered to pay Defendant taxable costs of $4,161.89.

4. The Clerk is **DIRECTED** to provide a copy of this Order to Plaintiff Aaron Thorne at the address below.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Patrick Hunt

Aaron Thorne
3348 W Park Road
Hollywood, Florida 33021